BEFORE THE FIRST DIVISION, APRIL 27, 1944

**No. 49382.—**Protest 107913-K of 21 Brands, Inc. (New York).

Opinion by OLIVER, P. J. At the trial the collector's report and documents were admitted in evidence without objection of the Government. As these bottles were withdrawn from warehouse on or subsequent to the effective date of said Mexican Trade Agreement certain of the merchandise in question was held dutiable at 8⅓ cents per gross as claimed and as set forth in decision herein.